# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

OCTOBER 2019 GRAND JURY
(Impaneled 10/18/2019)

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

**COURTLAND RENFORD**

Violation:
Title 18, United States Code,
Section 844(i)
 (1 Count)

### COUNT 1

**(Arson of a Building Used in Interstate Commerce)**

The Grand Jury Charges That:

On or about May 30, 2020, in the Western District of New York, the defendant, **COURTLAND RENFORD**, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and real property used in interstate commerce and in activity affecting interstate commerce, namely, Buffalo City Hall located at 65 Niagara Square, Buffalo, New York.

**All in violation of Title 18, United States Code, Section 844(i).**


DATED: Buffalo, New York, June 4, 2020.

                                               JAMES P. KENNEDY, JR.
                                               United States Attorney


BY:    S/JEREMIAH E. LENIHAN
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202
           716/843-5805
           Jeremiah.Lenihan@usdoj.gov


A TRUE BILL:

S/FOREPERSON