IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                    Docket No.: 1:20-CR-00080

COURTLAND RENFORD,

      Defendant.

CHANGES IN CIRCUMSTANCES SUBMISSION

STATE OF NEW YORK )
COUNTY OF ERIE  )
CITY OF BUFFALO  )

SAMUEL P. DAVIS, ESQ., being duly sworn, deposes and states:

  1. I am defense counsel for the Defendant, COURTLAND RENFORD. This Affidavit is submitted in support of the Defendant's Motion for Release;

  2. By Order of the Honorable Jeremiah McCarthy, a Detention Hearing has been scheduled for June 22nd, 2020 at 3:00 p.m.

  3. At the previously held appearance the Court requested that a written subimission outlining changes in circumstances be given.

  4. Previously it was not clear which one person Mr. Renford would be accountable to regarding the posting of Bail.

  5. We now have identified that individual as Shamika Jones, who is the mother of Courtland's sister on his father's side. She has known Courtland all of his life and is gainfully employed.

6. Also,at the first appearance it was not known where Courtland would reside should he be released.

7. We have established that shoudl the Court release him, Courtland would live with his father, Courtland Renford Senior at 277 Sumner Place here in Buffalo. It is my belief that this home is sutiable for electronic monitoring as well.

8. Steps are currently being taken to link Mr. Renford with and in patient mental health and substance abuse treatment faciility should the Court see fit to release him.

9. Lastley,  It is my belief that the Government stated that there were thousands of dollars in damage to the area in which the fire was was positited in Buffalo City Hall. I have attached an exhibit which shows that sthis may not be true.

10. Based on the aformentioned, we would ask the Court to set some form of Bail for Mr. Renford as he faces the charges befre the Court.

BY: /s/ SAMUEL P. DAVIS
Samuel P. Davis
1260 Delaware Avenue
Buffalo, New York 14209
Phone: (716) 852-1888
Fax: (716) 852-3588
spdavis92@gmail.com
Attorney for COURTLAND RENFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

VS.                                                                 Docket No. 1:20-CR-00080

COURTLAND RENFORD

                Defendant.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 22nd , 2020, I eletronically filed the attached Changes In Cisrcumstances Submission with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all of the CM/ECF participants on this case.

                                              /s Samuel P. Davis, Esq.
                                              Samuel P. Davis, Esq.