UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  20-CR-80-A

COURTLAND RENFORD,

           Defendant.

## NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DETERMINATION ON DETENTION

The United States of America by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Jeremiah E. Lenihan, Assistant United States Attorney, pursuant to Title 18, United State Code, Section 3145(a)(1), hereby files a Motion with the United States District Court in the Western District of New York, for an Order revoking the Decision and Order entered orally by Magistrate Judge Jeremiah J. McCarthy, on June 22, 2020 2020 under 20-CR-80-A; and the government further moves for an Order staying said Order of the Magistrate Judge until such time as the Court can hear and determine the government's motion for review of the Magistrate Court's determination on detention.

**IN SUPPORT THEREOF**, the government sets forth a memorandum, incorporated herein by reference.

**WHEREFORE**, it is respectfully requested that the Court:

1) Stay the order of the Magistrate Court releasing the defendant until such time as the District Court can hear and determine this motion;

2) Allow the government to supplement this motion due to the ongoing nature of this investigation and receipt of transcripts; and

3) Revoke Magistrate Judge Jeremiah J. McCarthy's June 22, 2020, oral Decision and Order releasing the defendant from custody.

DATED: Buffalo, New York, June 26, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY: *s/JEREMIAH E. LENIHAN*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY  14202
716/843-5805
Jeremiah.Lenihan@usdoj.gov