

**President/CEO**
Anne D. Constantino

**Terrace House**
291 Elm St.
Buffalo, NY 14203
716-854-2444
Fax 716-854-4671

**Horion Village**
6301 Inducon Drive East
Sanborn, NY 14132
716-731-2030
Fax 716-731-3010

**Freedom Village**
6331 Inducon Drive East
Sanborn, NY 14132
716-250-1860
Fax 716-731-1142

**Delta Village**
6302 Inducon Drive East
Sanborn, NY 14132
716-638-9222
Fax 716-638-9221

**Aurora Village**
6298 Inducon Drive East
Sanborn, NY 14132
716-219-8700
Fax 716-219-8777

July 13, 2020

Re: Courtland Renford
DOB: 07/20/1999
NYSID: UNKNOWN

To Whom It May Concern:

This letter is to inform you that Courtland Renford has been approved for assessment at Terrace House and will be given the next available opening. The date and time is still to be determined. During his stay at Terrace House he will be further assessed for long term treatment at Horizon Village. He will need to have his own transportation to Terrace House and present with Photo ID.

If approved for Horizon Village, treatment is individualized therefore residents are not given a discharge date at the time of admission. Their length of stay will be determined based on their progress and treatment team recommendations.

If you need any further assistance with this matter please feel free to contact an Admissions Counselor, Monday-Friday, 8:00am – 4:30pm at (716) 854-2444 x 2285 or 2213. Thank you in advance for your attention to this matter.

Best Regards,

*Sara L Perez*

Sara Perez
Horizon Health Services
Senior Residential Admissions Specialist
Phone: (716) 854-2444 ext.2285
Fax: (716) 418-8423
sperez@horizon-health.org