# FINANCIAL AFFIDAVIT

I, __Courtland Renford Sr.__, residing at __277 Sumner PL__, being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated:

**I. INCOME FROM ALL SOURCES**: List your income from all sources as follows:

a. Wages and Salaries (as reportable on Federal and State income tax returns):
   1. Employer and address __1700 fillmore AVE__
   2. Hours worked per week __40__
   3. Gross salary/wages (☒ Weekly ☐ Bi-weekly ☐ Monthly ☐ Semi-monthly ☐ Annual) $_____
   4. Deductions:
      a. Social Security/Medicare Tax    a. $ __10__
      b. Federal Income Tax              b. $ __10__
      c. New York State Tax              c. $ __10__
      d. NYC/Yonkers Tax                 d. $ __NA__
      e. Other payroll deductions        e. $ __NA__
                                            $ __NA__
                                            $ __NA__
   5. Number of members in household __4__
   6. Number of dependents __1__
   7. Income of other members of household  $ __0__ per _____
                                            $ __0__ per _____

**NOTE:** ATTACH INFORMATION FOR ADDITIONAL EMPLOYERS ON SEPARATE PAGES.

b. Self-Employment Income (Describe and list self-employment income; attach to this form the most recently filed Federal and State income tax returns, including all schedules): _____
   __Drives taxi__

c. Interest/Dividend Income:
   __NA__

d. Other Income/ Benefits:
   1. Workers Compensation           1. $ __NA__ per __NA__
   2. Disability Benefits            2. $ __NA__ per __NA__
   3. Unemployment Insurance Benefits 3. $ __NA__ per __NA__
   4. Social Security Benefits       4. $ __NA__ per __NA__
   5. Veterans Benefits              5. $ __NA__ per __NA__

III. **LIABILITIES, LOANS AND DEBTS:** List your liabilities, loans and debts as follows:

Creditor  N/A  
Purpose  N/A  
Date incurred  N/A  
Total balance due $ N/A  
Monthly payment $ N/A  

Creditor  N/A  
Purpose  N/A  
Date incurred  N/A  
Total balance due $ N/A  
Monthly payment $ N/A  

Creditor  N/A  
Purpose  N/A  
Date incurred  N/A  
Total balance due $ N/A  
Monthly payment $ N/A  

Subscribed and Sworn to

Before me on this   day of July, 2020

*[signature]*  
Notary Public

7-14-20

7/14/2020

Date

MIRANDA J PAWLAK  
NOTARY PUBLIC STATE OF NEW YORK  
ERIE COUNTY  
LIC. 01PA6366926  
COMM. EXP. November 6, 2021

    6. Pensions and Retirement Benefits    6. $ NA per NA
    7. Fellowships/Stipends/Annuities    7. $ NA per NA
    8. Supplemental Security Income (SSI)    8. $ NA per NA
    9. Public Assistance    9. $ N/A per NA
    10. Food Stamps    10. $ 160 per Once a month

e. Income from other sources: (List here and explain any other income including but not limited to: non-income producing assets; employment "perks" and reimbursed expenses to the extent that they reduce personal expenses; fringe benefits as a result of employment; periodic income, personal injury settlements; non-reported income; and money, goods and services provided by relatives and friends):

_____
_____
_____

## II. ASSETS:

a. Savings account balance (Name of bank: M+T)    a. $ 100
b. Checking account balance (Name of bank: M&T)    b. $ 100
c. Automobile(s) (Year and make: 2010 GMC)    c. $ NA
    Loan information NA
d. Residence owned (Address: NA)    d. $ NA
e. Other real estate owned NA    e. $ N/A
f. Other assets (For example: stocks, bonds, trailers, boat, etc.) NA    f. $ N/A

g. Driver's, professional, recreational, sporting and other licenses and permits held (provide name of issuing agency, license number and attach a copy if possible) Professional Driver C