**FINANCIAL AFFIDAVIT**

I, Brandy F Kosley, residing at 76 Huntington Ave 13, being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated:

**I. INCOME FROM ALL SOURCES.** List your income from all sources as follows:

a. Wages and Salaries (as reportable on Federal and State income tax returns):
  1. Employer and address none
  2. Hours worked per week _____
  3. Gross salary/wages (✕Weekly  ✕Bi-weekly  ✕Monthly  ✕Semi-monthly  ✕Annual)
  $_____

  4. Deductions: a. Social Security/Medicare Tax  a.$_____
  b. Federal Income Tax  b.$_____
  c. New York State Tax  c.$_____
  d. NYC/Yonkers Tax  d.$_____
  e. Other payroll deductions
  _____  e.$_____
  _____    $_____
  _____    $_____

  5. Number of members in household  1
  6. Number of dependents  Ø
  7. Income of other members of household $ Ø per _____
  $_____ per _____

**NOTE:** ATTACH INFORMATION FOR ADDITIONAL EMPLOYERS ON SEPARATE PAGES.

b. Self-Employment Income (Describe and list self-employment income; attach to this form the most recently filed Federal and State income tax returns, including all schedules):
_____
_____  Ø
_____
_____

c. Interest/Dividend Income:
_____  Ø
_____
_____

d. Other Income/ Benefits:
1. Workers Compensation1.$ 0 per _____
2. Disability Benefits2.$ 0 per _____
3. Unemployment Insurance Benefits3.$ 600.00 per week and 182.00
4. Social Security Benefits4.$ ~~378.00~~ per ~~month~~ BEE
5. Veterans Benefits5.$ 0 per _____
6. Pensions and Retirement Benefits6.$ 0 per _____
7. Fellowships/Stipends/Annuities7.$ 0 per _____
8. Supplemental Security Income (SSI)8.$ 870.00 per Month
9. Public Assistance9.$ 0 per _____
10. Food Stamps10.$ 194.00 per month

e. Income from other sources: (List here and explain any other income including but not limited to: non-income producing assets; employment "perks" and reimbursed expenses to the extent that they reduce personal expenses; fringe benefits as a result of employment; periodic income, personal injury settlements; non-reported income; and money, goods and services provided by relatives and friends):

$200.00 to $300.00 if needed from friends and family

II. **ASSETS:**

a. Savings account balance (Name of bank: _____0_____)a.$ _____
b. Checking account balance (Name of bank: _____0_____)b.$ _____
c. Automobile(s) (Year and make: _____0_____)c.$ _____
   Loan information _____0_____
d. Residence owned (Address: _____0_____)d.$ _____
e. Other real estate owned _____0_____ e.$ _____
f. Other assets (For example: stocks, bonds, trailers, boat, etc.) _____ f.$ 0

g. Driver's, professional, recreational, sporting and other licenses and permits held (provide name of issuing agency, license number and attach a copy if possible)
_____0_____
_____

III. **LIABILITIES, LOANS AND DEBTS**: List your liabilities, loans and debts as follows:

Creditor _____ Creditor _____ Creditor _____
Purpose _____ Purpose _____ Purpose _____
Date incurred _____ Date incurred _____ Date incurred _____
Total balance due $ __Ø__ Total balance due $ __Ø__ Total balance due $ __Ø__
Monthly payment $ __Ø__ Monthly payment $ __Ø__ Monthly payment $ __Ø__

Subscribed and Sworn to
Before me on this 15 day of July, 2020

_____                    _____
Nicole Christo                             7-15-2020
Notary Public                              Date

NICOLE CHRISTO
Notary Public - State of New York
No. 01CH6376212
Qualified in Erie County
My Commission Exp. 06/04/2022