# BACK TO BASICS
## OUTREACH MINISTRIES, INC.
### SERVING THE COMMUNITY THROUGH FAITH AND LOVE

Rev James E. Giles
**President and CEO**

**Board of Directors**
George Pulinthitta, **Chairman**
Banking Executive (Retired)

Peter Goergen, **Treasurer**
Risk Manager, M&T Bank

Ada L. Deans **Secretary**
**MEMBERS**
Chris DeiPrince
Management Consultant

Rev. Daniel Schifeling
Chair, Buffalo Peacemakers

Nick Williams, Product Manager, OSC

James McLeod, Retired Judge

Lamont Singletary, Businessman

**Advisory Committee**

Anne Downing, Attorney at law

Brain Davis, Consultant

July 16, 2020

To: Honorable Richard J Arcara,
     U.S. District Judge
From: Pastor James E. Giles, President/CEO
Re: Courtney Renford

    I am submitting this letter on behalf of Courtney Renford. I have known his family since he was a young boy. I have two funded Anti Violence Programs (Buffalo Peacemakers [City funded] and Buffalo SNUG [State Funded]) that work with many young men who find themselves caught up in the ever pervasive violent stream that has become a part of Buffalo and Western New York. We work with young men through mentoring and life coaching to help them make better decisions for their future. Teaching them to live responsibly and to pursue education and/or work as a means to, not just stay out of trouble, but to build a foundation for their citizenship in this country. Courtney is one of those young men that we would like to work with. He has never been a part of our program, and I believe that he would benefit from our structure. We have Credible Messengers (individuals who were once part of the problem but are now pledged to be part of the solution) working with each participant, helping them to stay accountable.

    Your honor, we in no way are dismissing the gravity of the charges against Courtney, however, we believe that he is young enough to benefit from a second chance and Restorative Justice. It is our hope that he can be released to our program and afforded the opportunity to change the trajectory of his life path.

    I thank you in advance for your consideration in this matter.

*[signature]*

1370 William Street Buffalo, New York 14206   www.back2basicsministries.org   tel: (716) 854-1086  |  fax: (716) 854-1089