# EXHIBIT A

## MIRANDA WARNING

1. You have the right to remain silent and refuse to answer any questions.
2. Anything you say may be used against you in a court of law.
3. As we discuss this matter you have a right to stop answering my questions at any time that you desire.
4. You have a right to a lawyer before speaking to me, to remain silent until you speak to him, and to have him present when you are being questioned.
5. If you desire a lawyer but you cannot afford one, one will be provided to you without cost.
6. Do you understand each of these rights I have explained to you?
7. Now that I have advised you of your rights are you willing to answer any questions?

Reader Eden Dene.

2/1/20
09:30

[Buffalo, NY Police badge]