# EXHIBIT B

WARNING AS TO RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one.

firearms
Reader/How                SA G. OSullivan

## WAIVER

After the warning and in order to secure a waiver, the following questions should be asked and an affirmative reply secured to each question.

1. Do you understand each of these rights I have explained to you? _CR_
2. Having these rights in mind, do you wish to talk to us now? _CR_

P-90A
Commissioner of Police, Buffalo, New York