IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                              Docket No.: 1:20-CR-00080

COURTLAND RENFORD,

Defendant.

## MOTION TO ADJOURN

PLEASE TAKE NOTICE that SAMUEL P. DAVIS, ESQ., Attorney for Courtland Renford, hereby moves this Court for an adjournment of the Oral Argument set for September 10th at 11:00. The basis for this Motion is set forth in the attached Affidavit of Samuel P. Davis, Esq., Attorney for the Defendant.

DATED:     September     10,

2020 Buffalo, New York

                                               BY:      /s/ SAMUEL P. DAVIS
                                                              Samuel P. Davis
                                                              1260 Delaware Avenue
                                                              Buffalo, New York 14209
                                                              Phone: (716) 852-1888
                                                              Fax: (716) 852-3588
                                                              Spdavis92@gmail.com
                                                              Attorney for Courtland Redford

TO: All Counsel of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,
Plaintiff,
vs.                                                                                          Docket No.: 1:20-CR-00080
COURTLAND RENFORD,
Defendant.

_____

AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE      ) SS:
CITY OF BUFFALO     )

SAMUEL P. DAVIS, ESQ., being duly sworn, deposes and states:

1. I am defense counsel for the Defendant, COURTLAND RENFORD. This Affidavit is submitted in support of the Defendant's Motion to adjourn Oral Argument;

2. By Order of the Honorable Jeremiah McCarthy, Oral Argument has been scheduled for September 10th, 2020 at 11:00 a.m. We respectfully request an adjournment until October 10th, 2020 at 11:00 a.m.

3. The reason for the request for adjournment is that Counsel for the Defense needs time to negotiate a potential plea on the State level which may influence the outcome in the case at bar.

4. Based on the foregoing, Courtland Renford respectfully requests that this Court adjourn said sentencing until October 10th, 2020 at 11:00 a.m.

BY: /s/ SAMUEL P. DAVIS
Samuel P. Davis
1260 Delaware Avenue
Buffalo, New York 14209
Phone: (716) 852-1888
Fax: (716) 852-3588
spdavis92@gmail.com

Attorney for COURTLAND RENFORD