**MANDATE**

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty.

Present:

> Dennis Jacobs,
> Gerard E. Lynch,
> Richard J. Sullivan,
>   *Circuit Judges.*

---

United States of America

> *Appellee,*

v.                                                                       No. 20-2628

Courtland Renford

> *Defendant-Appellant.*

---

Defendant-Appellant appeals from the district court's detention order pursuant to Fed. R. App. P. 9(a) and requests release pending trial.

IS HEREBY ORDERED that the district court's detention order is AFFIRMED and the request for release pending trial is DENIED.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/08/2020**