UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA                              **ORDER**

      -v-                                                      20-cr-80

COURTLAND RENFORD,

              Defendant.

_____


As required by the Due Process Protections Act [Pub. L. 116-182, 134 Stat. 894] and Fed. R. Crim. P. 5(f)(1), the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.  The government must make these "disclosures in sufficient time that the defendant will have reasonable opportunity to act upon the information efficaciously." United States v. Rodriquez, 496 F.3d 221, 226 (2d Cir. 2007); Leka v. Portuondo, 257 F.3d 89, 98 (2d Cir. 2001); United States v. Coppa, 267 F.3d 132 (2d Cir. 2001).   Failure to do so may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

SO ORDERED.

Dated:  December 1, 2020

                                      ___/s/ Jeremiah J. McCarthy_____
                                       JEREMIAH J. MCCARTHY
                                       United States Magistrate Judge