UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                           **DECISION AND ORDER**
        v.                                                       20-CR-80-A

COURTLAND RENFORD,
                        Defendant.
_____

      The defendant, Courtland Renford, is charged in a one-count Indictment with arson of a building used in interstate commerce in violation of 18 U.S.C. §§ 844(i). The case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

      On March 18, 2021, Magistrate Judge McCarthy filed a Report, Recommendation and Order (Dkt. No. 73) recommending that defendant Renford's motion to suppress statements (Dkt. No. 36) be denied, and that the Government's cross-motion for reciprocal discovery (Dkt. No. 40) be granted. No objections to the Report and Recommendation were filed, and the Report and Recommendation was therefore deemed submitted.

      Upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the Report and Recommendation, it is

      **ORDERED** that defendant Renford's motion to suppress statements (Dkt. No. 36) is denied and the Government's cross-motion for discovery (Dkt. No. 40) is granted for the reasons stated in the Report and Recommendation (Dkt. No. 73).

The parties shall appear via Zoom for a status conference on April 21, 2021 at 2:30 PM.

**IT IS SO ORDERED.**

                                                  *s/Richard J. Arcara*
                                            HONORABLE RICHARD J. ARCARA
                                            UNITED STATES DISTRICT COURT

Dated:  April 12, 2021