UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                          **20-CR-80**

     v.

COURTLAND RENFORD,

            Defendant.
_____

## SUMMARY OF THE DEFENDANT'S EXPERT EVIDENCE OF

## A MENTAL CONDITION  PURSUANT TO FED. R. CRIM. P. 12.2(b)

     Pursuant to Fed. R. Crim. P. 12.2 (b), the Defendant, Courtland Renford, by and through his counsel, Samuel P. Davis, hereby provides the written summary of the expert testimony the defendant intents to introduce as expert evidence relating to a mental condition of Mr. Renford bearing on the issue of guilt.

     The expert witness the defense intends to call is Dr. Cory Leidenfrost, Ph.D. Unit Chief of Transitions at Erie County Medical Center.  This is a specialized psychiatric inpatient unit of the hospital that deals with individuals who have become or may become aggressive because of mental illness.

     If necessary, for purposes of rebuttal, the defense may present evidence of Mr. Renford's unspecified mental health history.  Dr. Leidenfrost would testify that Mr. Renford's untreated personality disorder(s) quite possibly manifested in myriad negative behaviors all of which are relevant to Mr. Renford's state of mind and subjective intent on May 30, 2020.

    **DATED:**  Buffalo, New York, May 12, 2020.

                                                  Respectfully submitted,

                                                  **/s/ Samuel P. Davis**

                                                  Samuel P. Davis

                                                  1260 Delaware Avenue

                                                  Buffalo, New York 14209

2

        (716) 852-1888; FAX: 852-3588

        Spdavis92@gmail.com

        *Counsel for Defendant COURTLAND RENFORD*

**TO:** Jeremiah Lenihan

    Assistant United States Attorney

2