PROB 12B
(12/98)



# United States District Court

## For

## The Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

---

**Name of Offender:** Courtland Renford             **Case Number:** 1:20CR00080-001

**Name of Sentencing Judicial Officer:** Honorable Richard J. Arcara, Senior U.S. District Judge

**Date of Original Sentence:** December 21, 2021

**Original Offense:** Riot, in violation of 18 U.S.C. §2101(a)

**Original Sentence:** Sixty (60) months custody of the Bureau of Prisons, to be followed by three(3) years of supervised release. Special conditions include: substance abuse testing/treatment; mental health evaluation/treatment; a search condition; obtain General Education Diploma; financial disclosure; no new debt; $100 special assessment (paid in full); and $434.37 restitution (paid in full).

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** April 21, 2025

---

## PETITIONING THE COURT

☒  To modify the conditions of supervision as follows:

*The defendant shall comply with the conditions of the Location Monitoring Program (curfew component) for a period of three (3) months. This curfew shall be from 8:00 p.m. to 8:00 a.m., or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons. This will be monitored by a Global Positioning Satellite System and the defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. The defendant is required to contribute to the cost of services rendered (co-payment).*

## CAUSE

On June 2, 2025, this U.S. Probation Officer attempted a home contact at the subject's reported address of 853 Harlem Road in West Seneca, New York. While at the above location, the subject's mother reported he was not home and had only stayed there on a few occasions. On June 3, 2025, the subject reported to the U.S. Probation Office and admitted to staying at another residence on multiple occasions and did not inform this officer. The subject was given verbal admonishment

RE:   COURTLAND RENFORD
      1:20CR00080-001
      Page 2 of 2

and was informed a modification will be sent to the Court. The modification was discussed in detail, which the subject agreed to as evidenced by his signature on the attached waiver.

At this time, it is respectfully recommended that the Court modify Mr. Renford's conditions as stated above.

Reviewed by:                                  Respectfully submitted,

_____          by _____
John P. Taberski                              Daniel T. Trapasso
Supervising U.S. Probation Officer            Special Offender Specialist
                                              Date: June 4, 2025

THE COURT ORDERS:

☐   No Action
☐   The Extension of Supervision as Noted Above
☒   The Modification of Conditions as Noted Above
☐   Other

_____
Signature of Judicial Officer

_____
June 6, 2025
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

## Waiver of Hearing to Modify Conditions
## Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall comply with the conditions of the Location Monitoring Program (curfew component) for a period of three (3) months. This curfew shall be from 8:00 p.m. to 8:00 a.m., or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons. This will be monitored by a Global Positioning Satellite System and the defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. The defendant is required to contribute to the cost of services rendered (co-payment).*

Witness: _____
Daniel T. Trapasso
U.S. Probation Officer

Signed: _____
Courtland Renford
Supervised Releasee

_____
6/3/2025
Date